```
                                                    FILED
                                              U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT FOR SAVANNAH DIV.
            THE SOUTHERN DISTRICT OF GEORGIA  2012 OCT 17 AM 11:32
                     SAVANNAH DIVISION
                                              CLERK_____
                                                SO. DIST. OF GA.
```

DEMETRIUS MARCELLUS GREEN, )
)
    Petitioner, )
)
v. ) CASE NO. CV412-070
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the 28 U.S.C. § 2255 Petition is **DISMISSED**. As noted in the report and recommendation, the Court declines to grant Petitioner a Certificate of Appealability, rendering moot any request for leave to appeal in forma pauperis. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of October 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA