UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| ANTONIO D. WOODLEY, | ) | |
|---|---|---|
| Movant, | ) ) ) | |
| | ) | Case No. CV413-167 |
| v. | ) | CR408-315 |
| | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

In response to this Court's Report and Recommendation (R&R), doc. 1457,[1] Antonio D. Woodley moves for leave to amend his § 2255 motion, doc. 1460, as well as to extend the time within which to object to the R&R. Doc. 1461. The Court **GRANTS** both motions and concludes that the amended filings simply rehash movant's pre-R&R filings and thus warrant no alteration of the R&R. Woodley shall have 15 additional

---

[1] The Court is citing only to the criminal docket and using its docketing software's pagination; it may not always line up with each paper document's printed pagination.

days from the date this Order is served to object to that R&R as well as this one.

**SO REPORTED AND RECOMMENDED** this  28th  day of October, 2013.

                                                   UNITED STATES MAGISTRATE JUDGE
                                                 SOUTHERN DISTRICT OF GEORGIA